AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants*
*Harold Wickham, Michael McCardle,*
*Thomas Hinkle, Karen Baltierra,*
*Justin Hunt, James Lester, Marc Malliger,*
*Donald Southworth, and Oscar Gonzales*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL DAMON HENDRIX,<br><br>    Plaintiff,<br><br>vs.<br><br>HAWK IVIE, et al.,<br><br>    Defendants. | Case No.  3:18-cv-00514-RCJ-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| JAMAL DAMON HENDRIX,<br><br>    Plaintiff,<br><br>v.<br><br>HAROLD WICKHAM, et al.,<br><br>    Defendants. | Case No.  3:19-cv-00403-MMD-WGC |
| JAMAL DAMON HENDRIX,<br><br>    Plaintiff,<br><br>vs.<br><br>S. ROSE, et al.,<br><br>    Defendants. | Case No.  3:19-cv-00046-MMD-WGC |

| | |
|---|---|
| JAMAL DAMON HENDRIX,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSHUA BARFIELD, et al.,<br><br>    Defendants. | Case No. 3:18-cv-00393-RCJ-WGC |
| JAMAL DAMON HENDRIX,<br><br>    Plaintiff,<br><br>vs.<br><br>M. SHARP, et al.,<br><br>    Defendants. | Case No. 3:18-cv-00084-RCJ-WGC |
| JAMAL DAMON HENDRIX,<br><br>    Plaintiff,<br><br>vs.<br><br>RENEE BAKER, et al.,<br><br>    Defendants. | Case No. 3:15-cv-00336-RCJ-WGC |
| JAMAL DAMON HENDRIX,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES DZURENDA, et al.,<br><br>    Defendants. | Case No. 3:20-cv-00059-MMD-CLB |
| JAMAL DAMON HENDRIX,<br><br>    Plaintiff,<br><br>vs.<br><br>K. BATTIERRA, et al.,<br><br>    Defendants. | Case No. 3:19-cv-00574-MMD-WGC |

|   |   |
|---|---|
| JAMAL DAMON HENDRIX,<br><br>   Plaintiff,<br><br>vs.<br><br>DANIEL SCHMIDT, et al.,<br><br>   Defendants. | Case No. 3:20-cv-00091-MMD-CLB |
| JAMAL DAMON HENDRIX,<br><br>   Plaintiff,<br><br>vs.<br><br>DAVID DRUMMOND, et al.,<br><br>   Defendants | Case No. 3:20-cv-00574-MMD-WGC |

IT IS HEREBY STIPULATED by and between Jamal Damon Hendrix, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree, that the above-captioned actions should be dismissed with prejudice, by order of this Court, with each party to bear his own costs.

DATED this 3rd day of August, 2021

*/s/ Jamal D. Hendrix*
JAMAL DAMON HENDRIX
Plaintiff, *Pro Se*

DATED this 10th day of August, 2021

AARON D. FORD
Attorney General

By */s/ Douglas R. Rands*
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: 8/10/2021

_____
Chief U.S. District Judge

3